UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSON & COMPANY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CLOUDSTYLE STORE, et al.,<br><br>    Defendants. | Case No. 20-cv-05174-JST<br><br>**ORDER TO SHOW CAUSE RE SERVICE OF PROCESS AND VACATING CASE MANAGEMENT CONFERENCE** |

Plaintiff obtained entry of default against Defendant Cloudstyle Store on September 29, 2020. Plaintiff is ordered to file a motion for entry of default judgment against Cloudstyle Store by December 4, 2020.

Plaintiff is also ORDERED TO SHOW CAUSE why the remaining unserved Defendants should not be dismissed for failure to timely effect service. Fed. R. Civ. P. 4(m); *Ridgway v. Phillips*, No. 18-cv-07822-HSG, 2020 WL 1288464, at *4 (N.D. Cal. Mar. 18, 2020) (noting that "a court may impose a reasonable time limit for service upon a foreign defendant when complying with the Hague Convention"); *see also Miyaski v. Treacy*, No. 5:12-cv-04427 EJD, 2014 WL 6687321, at *4 (N.D. Cal. Nov. 24, 2014) ("The Ninth Circuit has never specifically imposed any time limit on serving a foreign defendant. However, other circuits have held that 'the amount of time allowed for foreign service is not unlimited.'").

A written response to this order is due November 20, 2020. If Plaintiff contests dismissal, it should describe its efforts to effect service thus far and its plan for completing service. Plaintiff states in its most recent case management statement that "[a]ll remaining Defendants are not yet served because they are located in China." ECF No. 17 at 2. "China is a party to the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or

1  Commercial Matters. . . .   Pursuant to the Convention, service can be effected in China through the

2  Chinese Central Authority." *In re LDK Solar Sec. Litig.*, No. C 07-05182 WHA, 2008 WL

3  2415186, at *1 (N.D. Cal. June 12, 2008).  The Court will conduct a hearing on the order to show

4  cause on December 1, 2020 at 2:00 p.m.

5       The case management conference currently scheduled for November 3, 2020 is

6  CONTINUED to December 1, 2020 at 2:00 p.m.  An updated case management conference

7  statement is not required.

8       **IT IS SO ORDERED.**

9  Dated:  November 2, 2020



JON S. TIGAR
United States District Judge

2