UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSON & COMPANY, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>CLOUDSTYLE STORE,<br><br>   Defendant. | Case No. 20-cv-05174-JST<br><br>**DEFAULT JUDGMENT ORDER AGAINST DEFENDANT CLOUDSTYLE STORE**<br><br>Re: ECF No. 34 |

In September, the Court adopted and rejected in part Judge Illman's report and recommendation to enter default judgment against Defendant Cloudstyle Store. ECF No. 33. That order explained that the Court would enter judgment for Plaintiff Penson & Company, LLC ("Penson") on its claims against Cloudstyle Store for copyright infringement, trade dress infringement, and federal and state unfair competition; award actual damages of $607,520 on Penson's copyright claim; enter a permanent injunction; award $8,000 in attorney's fees and $1,310 in costs; and award post-judgment interest on the total damages award, including the award of fees and costs.

The Court's order also directed Penson to provide a proposed form of judgment within seven days. Penson submitted a proposed form of judgment within that timeframe. ECF No. 34. No objections were filed. Having reviewed Penson's proposed form of judgment, the Court hereby orders, adjudges, and decrees that:

1. Default Judgment is entered against Cloudstyle Store for copyright infringement, trade dress infringement, and federal and state unfair competition; and

2. Cloudstyle Store has created, designed, purchased, imported, distributed, offered for sale and/or sold "VUVUINC" face masks bearing a design that was deliberately copied from, and

willfully infringed Plaintiff's "965 Copyrighted Design;

3. The Court orders that Cloudstyle Store, its subsidiaries, affiliates, divisions, officers, directors, principals, servants, employees, successors and assigns, and all those in active concert or participation with them, or under their direct or indirect control, including all manufacturers, importers, suppliers, distributors and retailers of any of the Infringing Products, or any other products bearing a design that is substantially similar in appearance to the "965 Copyrighted Design (collectively, the "Infringing Designs"), who receive notice of this Order, are hereby immediately enjoined, restrained, and prohibited from:

(a) Copying, imitating, or making any unauthorized use of the "965 Copyrighted Design, or any design substantially similar thereto, including any use in violation of Penson's exclusive rights in the "965 Copyrighted Design;

(b) Manufacturing, importing, distributing, marketing, advertising, offering for sale and/or selling any product bearing an Infringing Design, including, without limitation, any of the Infringing Products, or any products bearing a design that is substantially similar to the "965 Copyrighted Design.

4. Cloudstyle Store is liable to Penson in the amount of $607,520 for actual damages on Penson's copyright claim; and

5. Cloudstyle Store is liable to Penson in the amount of $8,000 for Penson's attorney's fees; and

6. Cloudstyle Store is liable to Penson in the amount of $1,310 in costs; and

7. Cloudstyle Store is liable to Penson for post-judgment interest on the total damages award, including the award of fees and costs;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

The Court retains jurisdiction of this action for the purpose of enforcing the provisions of this Judgment and Order.  The Clerk of Court shall enter judgment and close the file in this matter.

**IT IS SO ORDERED.**

Dated:  September 21, 2021



_____
JON S. TIGAR
United States District Judge