UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMAZON PAYMENTS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PENSON & CO. LLC, et al.,<br><br>　　　　　Defendants. | Case No.  24-cv-00385-VKD<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Jon S. Tigar for consideration of whether the case is related to *Penson & Co. LLC v. Cloudstyle Store, et al.*, 4:20-cv-05174-JST.

　　　　**IT IS SO ORDERED.**

Dated: January 24, 2024

*Virginia K. DeMarchi*

VIRGINIA K. DEMARCHI
United States Magistrate Judge